UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation<br><br>This document relates to:<br><br>*Lydia Olavarria-Vargas v. Toyota Motor Sales, USA, Inc.*, 08:10-CV-01988 JVS (FMOx) | **SACV 10-01988 JVS(FMOx)**<br><br>Case No. 8:10ML 02151 JVS (FMOx)<br><br>ORDER TO SHOW CAUSE |

Toyota Motor Corp. *et al.'s* (collectively "Toyota") moved for an Order to Show Cause Why Plaintiff's Claims Should Not Be Dismissed. (MDL Docket No. 5027.) Thereafter the Court established a briefing schedule which required plaintiffs to file any opposition no later than August 7, 2015. (MDL Docket No. 5032.) No opposition has been filed.

Plaintiffs Lydia Olavarria-Vargas *et al.* are ordered to show cause in writing no later than August 28, 2015 why this action should not be dismissed for failure to comply with this Court's Order of March 30, 2015 (MDL Docket No.

1  4939).  Toyota may file a response not later than September 9, 2015.  Unless the
2  Court sets a hearing upon review of the briefs, the matter will stand submitted.

4  Dated: August 14, 2015

```
                                        _____
                                        James V. Selna
                                        United States District Judge
```

ii

1